IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
for Danville
SEP 20 2011
JULIA C. DUDLEY, CLERK
BY: /s/ Moody
DEPUTY CLERK

| | |
|---|---|
| NATIONAL ALLIANCE FOR ACCESSIBILITY, INC., and DENISE PAYNE, ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No. 4:11-CV00009 |
| J.C. PENNEY COMPANY OF VIRGINIA, ) ) ) ) | |
| Defendant. ) | |

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CASE having come before the court upon the parties' Joint Stipulation of Dismissal with prejudice, and pursuant to the Settlement Agreement reached between the parties, and upon the full record, it is **ORDERED** that:

1. This case is DISMISSED from the docket with prejudice, although the court shall retain jurisdiction over any action filed to enforce the terms of the settlement agreement entered into between the parties.

2, The Clerk of the Court shall provide certified copies of this Order to counsel of record for the parties.

**SO ORDERED BY THE COURT:**

DATED: 09/20/2011        /s/ Glen E. Conrad
                         Chief United States District Judge

{#1462153-1, 112674-00001-01}